82, 322-01

February 4, 2015

Court of Criminal Appeals
PO Box 12308
Austin, TX   78711-2308

RE:  No. WR-82, 322-01
     Ex Parte Richard Tidwell

     Address Change

Dear Court of Criminal Appeals

     Please be informed that as of this date, I have a new address.

     The new address is:
                         Richard Tidwell
                         TDCJ-ID # 1835060

                         Smith Unit
                         1313 CR 19
                         Lamesa, Texas  79331

     Please correct the reocrds to reflect this new address.  Thank you
for your time and assistance in this matter, it is greatly appreciated.

                                   Sincerely,

                                   Richard Tidwell
                                   TDCJ-ID # 1835060
                                   Smith Unit
                                   1313 CR 19
                                   Lamesa, TX   79331

cc:  file

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 09 20??

Abel Acosta, Clerk